IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL JORGE ACOSTA,<br><br>Defendant. | CR 21-22-BLG-SPW-1<br><br>ORDER |

Counsel for Defendant, Raul Jorge Acosta, has filed a third Motion to Continue Sentencing and Related Deadlines (Doc. 136). Defendant's whereabouts are unknown. Therefore,

**IT IS HEREBY ORDERED** that the sentencing currently scheduled for March 3, 2022 at 10:30 a.m., is **VACATED** and will be reset upon Defendant's arrest.

**IT IS FURTHER ORDERED** that all sentencing deadlines outlined in the Court's Order (Doc. 127) of December 30, 2021 are **VACATED**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 28th day of January, 2022.

SUSAN P. WATTERS
United States District Judge

1