## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**RAUL JORGE ACOSTA, RAS JAHMIKES MATTA, JOEL ZAMORA, and DENNIS WAYNE HOUSEHOLDER JR.,**<br><br>Defendants. | CR 21-22-BLG-SPW-1<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned persons, pursuant to 21 U.S.C. § 853, as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violations;

AND WHEREAS, on August 12, 2021, the defendant Raul Jorge Acosta entered a plea of guilty to the superseding information charging possession with intent to distribute methamphetamine;

AND WHEREAS, on August 27, 2021, the defendant Joel Zamora entered a plea of guilty to count II of the indictment charging possession with intent to distribute methamphetamine;

AND WHEREAS, on September 16, 2021, the defendant Ras Jahmikes Matta entered a plea of guilty to the superseding information charging possession with intent to distribute methamphetamine;

AND WHEREAS, on December 7, 2021, the defendant Dennis Wayne Householder Jr. entered a plea of guilty to the superseding information charging possession with intent to distribute methamphetamine;

AND WHEREAS, all defendants pled true to the forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendants shall forfeit:

- $33,480.00 in United States currency; and
- $9,080.00 in United States currency.

AND WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the property, pursuant to 21 U.S.C. § 841(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the pleas of guilty by defendants Raul Jorge Acosta, Ras Jahmikes Matta and Dennis Wayne Householder, Jr. to Count I contained in the superseding information and Joel Zamora to count II contained in the indictment, and the pleas of true to the forfeiture allegation, the United States is authorized and ordered to seize the following property.   This property is forfeited

to the United States for disposition in accordance with the law, subject to the

provisions of to 21 U.S.C. § 853(n)(1):

- $33,480.00 in United States currency; and
- $9,080.00 in United States currency.

2.    That the aforementioned forfeited property is to be held by the United

States in its secure custody and control.

3.    That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith

shall publish at least once for three successive weeks in a suitable means of general

circulation notice of this order, notice of the United States' intent to dispose of the

property in such manner as the Attorney General may direct, and notice that any

person, other than the defendant, having or claiming a legal interest in the above-

listed forfeited property must file a petition with the Court within thirty (30) days

of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the

validity of the petitioner's alleged interest in the property, shall be signed by the

petitioner under penalty of perjury, and shall set forth the nature and extent of the

petitioner's right, title, or interest in the forfeited property and any additional facts

supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written

notice to any person known to have alleged an interest in the property that is the

3

subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4.    That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this _____11th_____ day of February, 2022.


SUSAN P. WATTERS
United States District Judge

4